UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE COLEMAN,<br><br>Plaintiff,<br><br>v.<br><br>XIAOYAN FANG and YE FENG.,<br><br>Defendants. | No.  2:24-cv-2248 DAD AC<br><br><br><br>ORDER TO SHOW CAUSE |

Plaintiff, appearing in pro se, filed a complaint and motion to proceed in forma pauperis. ECF Nos. 1 at 2.  The motion to proceed in forma pauperis was granted on October 18, 2024, and plaintiff was ordered to provide service documents to the U.S. Marshall's Service within 15 days, along with a statement to the court that the documents had been provided.  ECF No. 4.  The deadline has passed, and plaintiff has not filed any indication that the service documents have been submitted.  Without the service documents, the case cannot proceed.

Local Rule 110 provides that failure to comply with court orders or the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is Ordered to Show Cause, in writing, no later than November 26, 2024, why this action should not be dismissed for failure to prosecute;

1

2. Plaintiff's filing of a notice that service documents have been submitted to the USM will be deemed good cause shown; and

3. If plaintiff fails to comply with this order, the case will be dismissed without prejudice for failure to prosecute.

DATED: November 12, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE